**Bryan Keith RICHARDSON,**
**Petitioner–Appellant,**

v.

**Russell PERDUE, Respondent–**
**Appellee,**

and

**R. Perdue, Warden; Smith, A.W.;**
**Does 1 Thru 8, Respondents.**

No. 15–6087.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

Bryan Keith Richardson, Appellant Pro
Se.

Before AGEE and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bryan Keith Richardson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. Perdue,* No. 5:14–cv–00061–FPS–JSK, 2015 WL 114331 (N.D.W.Va. Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*